# IN THE SUPREME COURT OF PENNSYLVANIA

| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2486 Disciplinary Docket No. 3 |
|---|---|---|
| | : | |
| Petitioner | : | No. 134 DB 2017 |
| | : | |
| v. | : | Attorney Registration No. 92366 |
| | : | |
| RAUL I. JAUREGUI, | : | (Philadelphia) |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 1st day of August, 2019, on certification by the Disciplinary Board that Respondent, who was suspended on consent for a period of one year, has filed a verified statement showing compliance with the Order of Suspension and Pa.R.D.E. 217, Respondent is reinstated to active status.